IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| KENNETH AND PAM CROUCH, INDIVIDUALLY AND AS NEXT FRIENDS OF BAC, A MINOR, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 5:11-CV-150 |
| BLITZ U.S.A., INC., | § § | |
| Defendant. | § § | |

**O R D E R**

Defendant has filed a Suggestion of Bankruptcy. Dkt. No. 15. This case is therefore automatically stayed pursuant to 11 U.S.C. § 362 and need not remain on the Court's active docket. The above-captioned case is hereby **ADMINISTRATIVELY CLOSED**.

Any party that desires to re-open the case in the future should file a motion so requesting.

**IT IS SO ORDERED.**

**SIGNED this 8th day of March, 2012.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE