**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| KENNETH AND PAM CROUCH, | § | |
| Individually and as Next Friends | § | |
| of Brooke Crouch | § | |
| | § | Case No. 5:11-cv-150 |
| v. | § | |
| | § | |
| BLITZ U.S.A., INC. | § | |

## FINAL JUDGMENT

In accordance with the parties' Joint Stipulation for Dismissal with Prejudice (Doc. No. 18), it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 24th day of July, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE